Harwood Rosser, *et al.,* Appellants, v. J. R. Godwin, *et al.,* Appellees.

Appeal from a Decree of the Circuit Court for Duval County.

Appeal dismissed on praecipe of counsel for appellants, November 21, 1914.

H. P. Adair and Daniel & Boggs, for Appellants.

---

S. W. Allen, Appellant, v. Alice W. Palmer, *et al.,* Appellees.

Appeal from a Decree of the Circuit Court for Volusia County.

Appeal dismissed on praecipe of counsel for appellant, November 11, 1914.

McNeil & Butler, for Appellant;

Landis & Fish, for Appellees.

---

Theophilus Pascoe, *et al.,* Plaintiffs in Error, v. Arthur W. Tobias, Trustee, *et al.,* Defendants in Error.

Writ of Error to a Judgment of the Circuit Court for Walton County.

Writ of Error dismissed on praecipe of counsel for Plaintiffs in Error, September 8, 1914.

W. W. Flournoy, for Plaintiffs in Error.